**Opinion filed February 6, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00030-CR

_____

## CHRIS D. HERNANDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 371st District Court**

**Tarrant County, Texas**

**Trial Court Cause No. 1314992D**

### M E M O R A N D U M   O P I N I O N

Chris D. Hernandez, Appellant, has filed a motion to withdraw appeal. In the motion, Appellant states that his "notice of appeal is not necessary because he wishes to go to state jail." He requests that his notice of appeal be withdrawn and that this appeal be dismissed. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

February 6, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.